# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>The residence is located at 2201 East 38th Street,<br>Kansas City, Jackson County, Missouri,<br>located in the Western District of Missouri | )<br>)<br>)   Case No. 18-SW-00361-JTM (LMC)<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Western     District of     Missouri
*(identify the person or describe the property to be searched and give its location)*:

2201 East 38th Street, Kansas City, Jackson County, Missouri, is a grey in color three-story, single family residence. The numbers "2201" are displayed on the east side of residence above the front door. It is the first structure south of 38th Street and is situated on the east side of Brooklyn Avenue.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

(See Attachment A).

**YOU ARE COMMANDED** to execute this warrant on or before    10/12/18    *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     Lajuana M. Counts    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____

Date and time issued:    10/1/18    2:13pm                    *[signature]*
                                                                                                     *Judge's signature*

City and state:    Kansas City, Missouri                    Honorable Lajuana M. Counts, U.S. Magistrate Judge
                                                                                                     *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>18-SW-0031-JTM (LMC) | Date and time warrant executed:<br>10-04-2018  1315 HOURS | Copy of warrant and inventory left with:<br>RESIDENCE / WIFE |
| Inventory made in the presence of:<br>TONI SAMUELS | | |
| Inventory of the property taken and name of any person(s) seized:<br>SEE ATTACHED FORM. | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10-05-2018

*Executing officer's signature*

SA JEFFREY BROCK
*Printed name and title*

# Bureau of Alcohol, Tobacco, Firearms Explosives

| | SAMUELS, James | | Seized Date: | | 10/4/2018 | | | 2201 E. 38th St., Kansas City, MO 64109 |
|---|---|---|---|---|---|---|---|---|
| Evidence Log Location # | Type | Subtype | Serial # | MFG. | Model | Caliber | Location | Remarks, Quantity, Description |
| 1 | Firearm | Handgun | NMG800 | Glock | 22 | 40 | Safe in upstairs room | Tac brand shoulder stock - NFA |
| 2 | Firearm | Revolver | R113554 | RG | RG40 | 38 | Safe in upstairs room | |
| 3 | Firearm | Revolver | RIA1847488 | Rock Island Armory | 206 | 38 | Safe in upstairs room | |
| 4 | Firearm | Revolver | RIA1848633 | Rock Island Armory | 200 | 38 | Safe in upstairs room | |
| 5 | Firearm | Handgun | 340-49385 | Ruger | P94DC | 40 | Safe in upstairs room | |
| 6 | Firearm | Handgun | FA24014 | Colt | Mark IV - Officer's ACP | 45 | Safe in upstairs room | |
| 7 | Ammunition | | | | | | Safe in upstairs room - In case with item 6 - Loaded in magazine | 7 Rounds PPU CAL: .45 ACP |
| 8 | Firearm | Rifle | CF018389 | Windam Weaponry | WW-CF | 223-556 | Safe in upstairs room | |
| 9 | Firearm | Rifle | EME3767635 | Mossberg | 715T | 22 | Safe in upstairs room | |
| 10 | Firearm | Handgun | 389851 | Jimenez Arms | J.A. 380 | 380 | Safe in upstairs room | |
| 11 | Firearm | Handgun | 322292 | Jimenez Arms | J.A. NINE | 9 | Safe in upstairs room | |
| 12 | Ammunition | | | | | | Safe in upstairs room- In case with item 11 - Loaded in magazines | 24 Rounds CCI CAL: 9 |
| 13 | Firearm | Handgun | 384357 | Jimenez Arms | J.A. NINE | 9 | Safe in upstairs room | |
| 14 | Firearm | Handgun | 406358 | SCCY | CPX-2 | 9 | Safe in upstairs room | |
| 15 | Firearm | Revolver | IY198123 | Taurus | Public Defender Poly | 45 | Safe in upstairs room | |
| 16 | Firearm | Revolver | IN990114 | Taurus | Public Defender Poly | 45 | Safe in upstairs room - In case with item 16 | |
| 17 | Ammunition - Assorted | | | | | | | 13 Rounds Assorted CAL: Multi |
| 18 | Firearm | Handgun | 373854 | Jimenez Arms | J.A. 380 | 380 | Safe in upstairs room | |
| 19 | Firearm | Handgun | 398050 | Jimenez Arms | J.A. NINE | 9 | Safe in upstairs room | |
| 20 | Firearm | Handgun | 397980 | Jimenez Arms | J.A. NINE | 9 | Safe in upstairs room | |
| 21 | Firearm | Handgun | 305528 | Norinco | 213 | 9 | China cabinet in dining room | |
| 22 | Ammunition | | | | | | China cabinet in dining room - Loaded in item 21 | 9 Rounds Winchester CAL: 9 |
| 23 | Firearm | Revolver | T50199 | Heritage | Rough Rider | 22 | Safe in upstairs room | |
| 24 | Firearm | Handgun | DVU4706 | S&W | SW40VE | 40 | Safe in upstairs room | |
| 25 | Ammunition - Assorted | | | | | | Safe in upstairs room - In brown plastic Bass Pro bag | Assorted boxes of ammo and loaded magazines |
| 26 | Other | Firearm Parts and Accessories | | | | | Safe in upstairs room - In brown plastic Bass Pro bag with item 25 | Assorted Magazines |
| 27 | Documents | Other Documents | | | | | Table in dining room | Indicia of Ownership |
| 28 | Documents | Other Documents | | | | | Table in dining room | Receipt for firearm |
| 29 | Ammunition - Assorted | | | | | | Next to safe in upstairs room | 11 ammo boxes containing assorted ammuniton |
| 30 | Computer Evidence | Tower Computer | | | | | Upstairs room - With power cord | E-Machine Computer tower Model: EMACHINES W3107 SN: CCA5C 500 67531 |
| 31 | Documents | Other Documents | | | | | Upstairs room | Firearm related documents from dresser drawer |
| 32 | Ammunition | Ammunition - Assorted | | | | | SW Bedroom | 2 metal cans containing assorted ammunition |
| 33 | Documents | Other Documents | | | | | SW Bedroom | Firearm related documents |

# Bureau of Alcohol, Tobacco, Firearms Explosives

| | SAMUELS, James | | Seized Date: | | 10/4/2018 | | 2201 E. 38th St., Kansas City, MO 64109 |
|---|---|---|---|---|---|---|---|
| Evidence Log Location # | Type | Subtype | Serial # | MFG. | Model | Caliber | Location | Remarks, Quantity, Description |
| 34 | Ammunition | Ammunition - Assorted | | | | | SW Bedroom - On shelves behind TV | Assorted Ammunition |
| 35 | Firearm | Handgun | 406012 | Jimenez Arms | J.A. 22 | 22 | SW Bedroom - Top left dresser compartment | |
| 36 | Ammunition | Ammunition - Assorted | | | | | SW Bedroom - Top left dresser compartment - With item 35 | Assorted ammo loaded in magazines |
| 37 | Ammunition | Ammunition | | | | | SW Bedroom | 21 Rounds Assorted CAL: 40 |
| 38 | Other | Firearm Parts and Accessories | | | | | SW Bedroom - Contained item 37 | Glock case and 2 magazines |
| 39 | Ammunition | Ammunition | | | | | SW Bedroom | 20 Rounds RP CAL: 40 with 2 Glock Magazines |
| 40 | Documents | Other Documents | | | | | SW Bedroom on floor by large dresser | Packet of gun receipts |
| 41 | Firearm | Handgun | 151428 | Jimenez Arms | J.A. 380 | 380 | SW Bedroom | |
| 42 | Documents | Other Documents | | | | | 2nd Floor SW Bedroom closet safe | Miscellanous Documents |
| 43 | Currency | U.S.Currency | | | | | SW Bedroom closet safe | 9 Bundles of U.S. Currency |
| 44 | Ammunition | Ammunition - Assorted | | | | | South Bedroom | Boxes of assorted ammo |
| 45 | Ammunition | Ammunition - Assorted | | | | | South Bedroom - In bottom right drawer | Boxes of assorted ammo |
| 46 | Computer Evidence | Laptop | | | | | 1st floor closet inside front door | HP laptop with power cord |
| 47 | Ammunition | Ammunition | | | | | Side door stairwell | Box of Winchester Ammuntion |
| 48 | Currency | U.S.Currency | | | | | Safe in Basement | 3 bundles of unknown U.S. Currency |
| 49 | Firearm | Shotgun | B18MF0135 | Fed Arms | FR-98 | 12 | Basement safe | |
| 50 | Firearm | Rifle | 7CA007382L | Rossi | RS22 | 22 | Basement safe | |
| 51 | Firearm | Rifle | EKF3243868 | Mossberg - CVC | 715T | 22 | Basement safe | |
| 52 | Firearm | Rifle | NS173712 | American Tactical | Omni Hybrid | Multi | Basement safe | |
| 53 | Firearm | Handgun | NS180247 | American Tactical | Omni Hybrid | Multi | Basement safe | |
| 54 | Firearm | Handgun | Unk | Canik | TP9SA | 9 | Basement safe - With case | Lazer attachment covering serial number |
| 55 | Other | Firearm Parts and Accessories | | | | | Basement safe | Brass catcher and 10 magazines |
| 56 | Ammunition | Ammunition | | | | | Basement safe | 9 Rounds Federal CAL: 12 |
| 57 | Ammunition | Ammunition - Assorted | | | | | Basement Living Room | 17 ammo cans of assorted ammunition |